1492

## RECONSIDERATION OF PRIOR DECISIONS

**2001–1709. Kemper v. Michigan Millers Mut. Ins. Co.**
Certified State Law Question, No. 3:00CV07799. Reported at 98 Ohio St.3d 162, 2002-Ohio-7101, 781 N.E.2d 196. On motion for reconsideration. The motion fails for want of four votes on the following vote:

RESNICK, F.E. SWEENEY and PFEIFER, JJ., vote no.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., vote yes.

COOK, J., not participating.

**2002–1818. Bowersock v. Bowersock.**
Allen App. No. 1–02–55. Reported at 98 Ohio St.3d 1422, 2002-Ohio-259, 782 N.E.2d 77. On motion for reconsideration. Motion denied.

**2002–1845. Straubhaar v. Cigna Prop. & Cas. Co.**
Cuyahoga App. No. 81115, 2002-Ohio-4791. Reported at 98 Ohio St.3d 1423, 2003-Ohio-259, 782 N.E.2d 77. On motion for reconsideration. Motion denied.

COOK, J., dissents and would allow on Proposition of Law No. I.

MOYER, C.J., and F.E. SWEENEY, J., dissent and would allow.

**2002–1862. Thomas v. Thomas.**
Jefferson App. No. 01JE31, 2002-Ohio-5229. Reported at 98 Ohio St.3d 1423, 2003-Ohio-259, 782 N.E.2d 78. On motion for reconsideration. Motion denied.

**2002–2059. State v. Karasek.**
Montgomery App. Nos. 17408 and 17563, 2002-Ohio-2616. Reported at 98 Ohio St.3d 1425, 2003-Ohio-259, 782 N.E.2d 79. On motion for reconsideration. Motion denied.